**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin Arido-Sorro, | No. CV-23-00842-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Merrick B Garland, et al., | |
| Respondents. | |

On September 4, 2024, the Magistrate Judge issued an order instructing Respondents[1] to "file a status report informing the Court of the status of Petitioner's removal proceedings within ten days from the date of this order, and every sixty days thereafter." (Doc. 36). On September 5, 2024, the Magistrate Judge issued its Report and Recommendation ("R&R") recommending that this Court require the Immigration Court to hold a bond hearing. (Doc. 37).

It appears to the Court there are no objections to the R&R's recommendation. However, to ensure neither the government nor petitioner misunderstood their respective "status reports" to be substitutes for objections,

///

///

///

---

[1] The Magistrate Judge's order only mandated Respondents to file a status report. Petitioner also filed a status report, which was not required. Thus, the Court writes this order to further clarify the filings.

**IT IS ORDERED** that any objections to the R&R are due in 14 days. If no objections are received, the Court will adopt the R&R.

Dated this 3rd day of October, 2024.

James A. Teilborg
Senior United States District Judge